

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

*Document Electronically Filed*                                  July 21, 2021
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square                              MEMORANDUM ENDORSEMENT
New York, NY 10007

                Re:    Eligio v. Commissioner of Social Security
                      Civil Action No: 1:20-cv-08521-PAE-KNF

Dear Judge Fox:

      This letter respectfully requests an extension of time of sixty (60) days for Plaintiff to file her Motion for Judgment on the Pleadings. Plaintiff's Motion for Judgement on the Pleadings (hereafter "Motion") is currently due on August 2, 2021. However, due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met. Plaintiff cannot meet the current briefing deadline. This extension is needed to thoroughly and properly prepare her Motion.

      Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to serve Plaintiff's Motion.

      If this request is granted, Plaintiff's Motion will be due on **October 1, 2021**. Subsequently, in accordance with the pattern of the Scheduling Order (Dkt. No. 5), the Commissioner's response to the Motion for Judgment on the Pleadings would then be due **November 30, 2021**. Plaintiff's Reply would then be due **December 21, 2021**.

Thank you for your consideration.                Respectfully submitted,

                                                   */s/ Howard D. Olinsky*
                                                   Howard D. Olinsky, Esq.
                                                   Bar Code H06529
                                                   Counsel for Plaintiff

CC [via ECF]: Joseph Pantoja (Counsel for Defendant).

7/23/21
Application granted.
SO ORDERED:

*Kevin Nathaniel Fox*
Kevin Nathaniel Fox, U.S.M.J.