# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CATALIN YAMYLETH ELIGIO,

        Plaintiff,                                 20 **CIVIL** 8521 (PAE)(JW)

     -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2022, the Court has granted Eligio's motion for judgment on the pleadings, denied the Commissioner's cross-motion for judgment on the pleadings, and this case is remanded for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York
          August 2, 2022

                                                    **RUBY J. KRAJICK**

                                                                               Clerk of Court

                                **BY:**      K. Mango

                                                                              **Deputy Clerk**